**Order entered June 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01468-CR

### CLARENCE RAY HINES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F13-71067-Y

## ORDER

On May 1, 2015, we ordered the trial court to make findings regarding the exhibits in this appeal. We **ADOPT** the findings that: (1) the exhibits were located in the court reporter's lockbox in Criminal District Court No. 7; (2) court reporter Melva Key was notified of the location of the exhibits; and (3) with the assistance of official court reporter Vearneas Faggett, Ms. Key will retrieve the exhibits for filing with the record. We have now received the complete reporter's record.

Appellant's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7, and to counsel for all parties.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE